# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

William F. Sigurdsen

**V.**

Corporate Express, and Does 1 through 25 Inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06-CV-2723 WQH (POR)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is hereby dismissed with prejudice....

| | |
|---|---|
| June 26, 2007 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/ A.Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 26, 2007 |